ACCEPTED
03-13-00852-CR
3971335
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 4:06:53 PM
JEFFREY D. KYLE
CLERK

## NO. 03-13-00852-CR

| | | |
|---|---|---|
| **GREGORY LOPEZ** | * | **IN THE THIRD** |
| **VS.** | * | **DISTRICT COURT OF** |
| **STATE OF TEXAS** | * | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 4:06:53 PM
JEFFREY D. KYLE
Clerk

## FIRST MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was sentenced in Cause Number CR2012-396 in the 207th Judicial District Court of Comal County, Texas, on October 21, 2013, for the offense of Continuous Sexual Abuse of a Young Child. Appellant filed a motion for new trial on November 21, 2013 and subsequently, on December 20, 2013, filed his notice of appeal. The clerk's record was filed on May 5, 2014 and the reporter's record was filed on June 2, 2014.

Appellant's brief was initially due by July 2, 2014. However, Appellant's brief was not timely filed and a notice of late brief was sent by this Court on August 12, 2014. Subsequently, Appellant filed a motion for extension of time,

until September 18, 2014, to file his brief which was granted by this Court. Subsequently, this court granted Appellant's second motion for extension to file his brief and ordered that his brief be filed by November 17, 2014. Again, Appellant's brief was not timely filed. As a result, on December 4, 2014, this Court abated the appeal and remanded this case to the trial court for further proceedings. Eventually, Appellant's brief was filed on December 31, 2014. Currently, Appellee's brief is due by January 30, 2015.

## II.

During the week of January 5, 2015, counsel for the State prosecuted Ramon Ascencio in CR2013-403 in a jury trial before the 207th District Court of Comal County, Texas for the offense of Aggravated Sexual Assault of a Child. In addition, counsel for the State has been required to cover regular court dockets since the conclusion of that trial.

The State's counsel has read the entire record and researched the issues raised in the Appellant's brief. However, counsel has not completed writing the Appellee's brief in this matter and needs additional time to prepare an adequate response to Appellant's brief. This is the first extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests an extension of 30 days, until March 2, 2015, so that an

adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Sammy M. McCrary
Sammy M. McCrary
Chief Felony Prosecutor
SBN: 90001990
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
(830) 221-1300
Fax: (830) 608-2008

**<u>CERTIFICATE OF SERVICE</u>**

I, Sammy M. McCrary, attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *First Motion to Extend Time to File Appellee's Brief* has been delivered to Appellant GREGORY LOPEZ's attorney of record in this matter:

David K. Sergi
david@sergilaw.com
David K. Sergi & Associates, P.C.
P.O. Box 887
San Marcos, TX 78666
Attorney for Appellant on Appeal

By electronically sending it to his above-listed email address through efile.txcourts.gov, this 30th day of January 2015.

/s/ Sammy M. McCrary
**Sammy M. McCrary**
